amend: ☒ Approved ☐ Disapproval
(if disapproval is checked, please complete the bottom of page 2)
☐ Sufficient amount of equity
☐ Lot Book Report confirming title (dated on or after date on which surety recorded Deed of Trust)
☐ Property Appraisal (assessed value or signed written appraisal of current market value)
☐ Recorded Deed of Trust naming the Clerk of the U.S. District Court, herein called BENEFICIARY

On __11/26/12__      __x 3152__
    Date               Extension

By: __Bayron T. Gilchrist__
      Assistant U.S. Attorney
Signature: __Bay T. G.__

LODGED

2012 NOV 26 PM 2:25

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY_____

FILED
CLERK, U.S. DISTRICT COURT
NOV 27 2012
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br><br>                             PLAINTIFF,<br>             v.<br>BO DU<br><br>                            DEFENDANT(S). | CASE NUMBER<br><br>12MJ-2341-1<br><br>AFFIDAVIT OF SURETY(IES) (PROPERTY) |
|---|---|

I (We), the undersigned surety(ies), state on oath:

That I (we) permanently reside within the jurisdiction of the United States District Court for the Central District of California, or in __Corona, CA__ (City, State), at the address(es) indicated; that I(we) am(are) the legal owner(s) of the property described below and the representations as to my (our) ownership and equity in said property are true and correct;

That I (we) am (are) worth the amount specified in the bond, to wit: $ __250,000.00__, over and above my(our) just debts and liabilities and exclusive of property exempt from execution.

I (We) further state that I (we) understand the provisions of the bond of the defendant named above for which this affidavit supports and I (we) acknowledge and agree that I (we) and my (our) personal representatives are bound, jointly and severally with the defendant and any other sureties, to pay to the United States of America the bond amount specified in the event the bond is forfeited.

I (We) further promise not to transfer or encumber said property until final disposition of this case and exoneration of the subject bond by Order of the Court.

I (We) hereby subject said funds, and agree to be bound as a condition of this bond, by the provisions of Local Criminal Rule 46-6, as set forth below in this document.

I (We) understand that it is my (our) obligation to inform the Court and counsel of any change in residence address or employment of the defendant immediately upon such a fact becoming known to me (us).

I (We) further agree and understand that, unless otherwise ordered by the Court, the bond for which this affidavit is supports is a continuing bond (including any proceeding on appeal or review) which shall continue in full force and effect until such time as the undersigned is (are) duly exonerated by Order of the Court.

---

*LOCAL CRIMINAL RULE 46-6 - BOND - SUMMARY ADJUDICATION OF OBLIGATION*
    *A bond of undertaking presented for filing shall contain consent and agreement of the principal and surety that in case of default or contumacy on the part of the principal or surety, the Court may upon ten (10) days notice proceed and summarily render a judgment in accordance with the obligation undertaken and issue a writ of execution upon such judgment. An indemnitee or party in interest seeking a judgment on a bond or undertaking shall proceed by Motion for Summary Adjudication of Obligation and Execution. Service may be made on corporate surety as provided in 31 U.S.C. §9306.*

---

Address and description of property:

13841 Huntervale Drive  Corona, CA 92880

See Exhibit A attached.

*Each surety must indicate the form in which title to property is held and if there are other title holders, each must sign as surety and furnish pertinent information.*

| Wei Teng & Hanpei Yu | 13841 Huntervale Drive |
|---|---|
| Print Name of Surety | Address of Surety |

| X X X - X X - 8 0 6 3 | Corona, Ca  92880 |
|---|---|
| Social Security Number *(Last 4 digits only)* | City, State, Zip Code |

☐ Sole Holder or Owner   ☐ Tenancy in Common   ☑ Joint Tenancy   ☐ Other: _____

Percentage of
Interest of Surety %<u>100</u>

Present Fair Market
Value of Property $<u>391,000.00</u>
*(supporting documentation attached)*

Total Amount of
Encumbrances and/or All Liens $<u>0</u>
*(list below separately)*

<u>n/a</u>
Name of Holder of 1st Encumbrance

<u>n/a</u>
Address, City, State, Zip Code

<u>n/a</u>
Name of Holder of 2nd Encumbrance

<u>n/a</u>
Address, City, State, Zip Code

<u>n/a</u>
Name of Holder of 3rd Encumbrance

<u>n/a</u>
Address, City, State, Zip Code

Total Equity $<u>391,000.00</u>
*(after deduction of encumbrance/liens)*

Homesteaders   ☐ Yes   ☑ No
Exemption Filed?

Amount of Exemption $<u>n/a</u>

<u>n/a</u>
Number of other bonds or undertakings

<u>n/a</u>
Amount of other bonds or undertakings

Has the indicated property previously been *USED* as collateral?   ☐ Yes   ☑ No
If yes, list: _____

Was appraisal given by a *LICENSED* appraiser?   ☐ Yes   ☑ No.   If not, what was basis of appraisal? <u>n/a</u>

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed this <u>26th</u> Day of <u>November, 2012</u>

_____
Signature of Surety

Co-worker/colleague
Relationship of Surety

_____
Signature of Surety

Co-work with
Relationship of Surety

Above Surety Approved: _____
United States Magistrate Judge

Dated: <u>11-27-12</u>

RECOMMEND DISAPPROVAL OF THIS BOND FOR THE FOLLOWING REASON(S):

☐ Discrepancy in title documentation   ☐ Insufficient documentation to establish value of property
☐ Amount of liens and/or encumbrances reduces value of property to less than required amount
☐ Other (Explain):

Dated: _____

_____
Assistant U.S. Attorney

**AFFIDAVIT OF SURETY(IES) (PROPERTY)**

CR-3 (12/05)                                              Page 2 of 2

<u>Exhibit "A"</u>
Description of the Property
Tract 31726-1
Carrington & Crestfield at Eastvale Downs

Lot _55_ of Tract No. 31726-1, in the unincorporated area of Riverside County, State of California, filed in Book 409, Pages 91 through 93, inclusive, of Maps, in the Office of the Recorder of said County.

Together with any and all easements, rights, benefits and interests appurtenant to said Lot as created and/or established in the Declaration (as such term is defined below);

Excepting therefrom and reserving to Grantor all oil, gas, minerals and other hydrocarbon substances lying below a depth of 500 feet but without the right of surface entry; and

SUBJECT TO:

1. General and special real property taxes for the current fiscal year and assessments and supplemental assessments, if any;

2. All applicable easements, dedications and/or offers of dedication in favor of third parties more particularly described and depicted on said Map of said <u>Tract 31726-1</u>;

3. The covenants, conditions, restrictions and easements set forth in the following instruments (collectively, the "<u>Declaration</u>"):

    (a) That certain Declaration of Conditions, Covenants and Restrictions and Reservations of Easements For Carrington & Crestfield At Eastvale Downs (Tract No. 31726) recorded on September 26, 2006 as Instrument No. 2006-709896, in the Official Records of said County;

    (b) That certain Notice of Annexation to Carrington & Crestfield at Eastvale Downs (Tract No. 31726-1) recorded on September 26, 2006 as Instrument No. 2006-709897, in the Official Records of said County; and

    (c) Such other and further amendments, supplements, annexations, de-annexations, re-recordings and/or restatements thereof that may now or hereafter be made and recorded.

4. That certain Declaration and Disclosure Regarding Methane, Soil Geology and Other Conditions (Tract 31726-1) dated as of September 18, 2006, and recorded on September 26, 2006, as Instrument No. 2006-709901 in the Official Records of said County, together with all other recorded supplements and amendments thereto, if any (collectively, the "Disclosure");

5. That certain Notice of Non-Adversarial Procedure dated as of September 18, 2006 (the "Notice"), and recorded on September 26, 2006, as Instrument No. 2006-709899 in the Official Records of said County.

6. All other covenants, conditions, restrictions, reservations, rights, rights of way and easements of record.