```
DOC # 2012-0553300
11/15/2012 03:00P Fee:42.00
         Page 1 of 4
Recorded in Official Records
     County of Riverside
       Larry W. Ward
Assessor, County Clerk & Recorder
```

RECORDING REQUESTED BY

WHEN RECORDED, MAIL TO:

CLERK, U.S. DISTRICT COURT
312 No. SPRING STREET, Rm. G-8
LOS ANGELES, CALIFORNIA 90012

(SPACE A[BOVE])

## SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS
INCORPORATING BY REFERENCE CERTAIN PROVISIONS OF A FICTITIOUS DEED OF TRUST OF RECORD

**THIS DEED OF TRUST**, Made this __15th__ day of __NOVEMBER__, __2012__ between __WEI TENG AND HANPEI YU, HUSBAND AND WIFE AS JOINT TENANTS__, herein called TRUSTOR, whose address is __13841 HUNTERVALE DRIVE, CORONA, CALIFORNIA 92880__; __ORANGE COAST TITLE COMPANY, 3536 CONCOURS STREET, STE. 120, ONTARIO, CALIFORNIA 91764__ herein called TRUSTEE; and Clerk, U.S. District Court, Central District of California, herein called BENEFICIARY; **WITNESSETH**: That Trustor irrevocably grants, transfers and assigns to trustee in trust, with power of sale that property in __RIVERSIDE__ County, California, common address __13841 HUNTERVALE DRIVE, CORONA, CALIFORNIA 92880__, legally described as:

SEE ATTACHED EXHIBIT "A"

TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph B(5) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits, for the purpose of securing: 1. Performance of each agreement of Trustor incorporated by reference or contained herein under bond(s) posted on behalf of defendant(s) __BO DU__ in Case No. __12MJ-2341-1__, which includes an obligation by said Trustor(s) surety(ies) in the amount of $ __250,000.00__.

To protect the security of this Deed of Trust, and with respect to the property above described, Trustor expressly makes each and all of the agreements, and adopts and agrees to perform and be bound by each and all of the terms and provisions set forth in subdivision A of that certain Fictitious Deed of Trust referenced herein, and it is mutually agreed that all of the provisions set forth in subdivision B of that certain Fictitious Deed of Trust recorded in the book and page of Official Records in the office of the county recorder of the county where said property is located, noted below opposite the name of such county, namely:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | 1288 | 556 | Kings | 858 | 713 | Placer | 1028 | 379 | Sierra | 38 | 187 |
| Alpine | 3 | 130-31 | Lake | 437 | 110 | Plumas | 166 | 1307 | Siskiyou | 506 | 762 |
| Amador | 133 | 438 | Lassen | 192 | 367 | Riverside | 3778 | 347 | Solano | 1287 | 621 |
| Butte | 1330 | 513 | Los Angeles | T-3878 | 874 | Sacramento | 71-10-26 | 615 | Sonoma | 2067 | 427 |
| Calaveras | 185 | 338 | Madera | 911 | 136 | San Benito | 300 | 405 | Stanislaus | 1970 | 56 |
| Colusa | 323 | 391 | Marin | 1849 | 122 | San Bernardino | 6213 | 768 | Sutter | 655 | 585 |
| Contra | 4684 | 1 | Mariposa | 90 | 453 | San Francisco | A-804 | 596 | Tehama | 457 | 183 |
| Del Norte | 101 | 549 | Mendocino | 667 | 99 | San Joaquin | 2855 | 283 | Trinity | 108 | 595 |
| El Dorado | 704 | 635 | Merced | 1660 | 753 | San Luis Obispo | 1311 | 137 | Tulare | 2530 | 108 |
| Fresno | 5052 | 623 | Modoc | 191 | 93 | San Mateo | 4778 | 175 | Tuolumne | 177 | 160 |
| Glenn | 469 | 76 | Mono | 69 | 302 | Santa Barbara | 2065 | 881 | Ventura | 2607 | 237 |
| Humboldt | 801 | 83 | Monterey | 357 | 239 | Santa Clara | 6626 | 664 | Yolo | 769 | 16 |
| Imperial | 1189 | 701 | Napa | 704 | 742 | Santa Cruz | 1638 | 607 | Yuba | 398 | 693 |
| Inyo | 165 | 672 | Nevada | 363 | 94 | Shasta | 800 | 633 | | | |
| Kern | 3756 | 690 | Orange | 7182 | 18 | San Diego Series 5 | 1964 | 149774 | | | |

shall inure to and bind the parties hereto, with respect to the property above described. Said agreements, terms and provisions contained in said subdivisions A and B, (identical in all counties) are preprinted on the reverse page hereof and are by the within reference thereto, incorporated herein and made a part of this Deed of Trust for all purposes as fully as if set forth at length herein, and Beneficiary may charge for a statement regarding the obligation secured hereby, provided the charge thereof does not exceed the maximum allowed by law.

The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to said Trustor at the address hereinbefore set forth.

X _____  
Signature of Trustor

WEI TENG  
Print Name of Trustor

X _____  
Signature of Trustor

HANPEI YU  
Print Name of Trustor

State of _____ CALIFORNIA _____  ss.  County of _____ RIVERSIDE _____

On _____ before me, _____ personally appeared
(name, title of officer, i.e., "Jane Doe, Notary Public")

proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

ALL PURPOSE ACKNOWLEDGMENT ATTACHED

X _____  
Signature

## CERTIFICATE OF RECORDATION
(To be used only by Office of the Clerk.)

This is to certify that the interest in real property conveyed by the deed dated _____ from _____ to CLERK, U.S. DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, a governmental agency, is hereby accepted by order of the Court on _____, and the grantee consents to recordation thereof by its duly authorized Deputy Clerk(s).

CLERK, UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA

Date _____  By Deputy _____

## REQUEST FOR FULL RECONVEYANCE
(To be used only when note has been satisfied)

To _____, Trustee Dated _____

The undersigned is the legal owner and holder of all indebtedness secured by the within Deed of Trust. All sums secured by said Deed of Trust have been fully satisfied; and you are hereby requested and directed, on payment to you of any sums owing to you under the terms of said Deed of Trust, to cancel all evidences of indebtedness secured by said Deed of Trust, delivered to you herewith together with the said Deed of Trust, and to reconvey, without warranty, to the parties designated by the terms of said Deed of Trust, the estate now held by you under the same.

Mail Reconveyance To:

Clerk, U. S. District Court  
Central District of California

_____  
Chief Deputy

*Do not lose or destroy this Deed of Trust or THE NOTE which it secures.  
Both must be delivered to the Trustee for cancellation before reconveyance will be made*

<u>Exhibit "A"</u>
Description of the Property
Tract 31726-1
Carrington & Crestfield at Eastvale Downs

Lot _55_ of Tract No. 31726-1, in the unincorporated area of Riverside County, State of California, filed in Book 409, Pages 91 through 93, inclusive, of Maps, in the Office of the Recorder of said County.

Together with any and all easements, rights, benefits and interests appurtenant to said Lot as created and/or established in the Declaration (as such term is defined below);

Excepting therefrom and reserving to Grantor all oil, gas, minerals and other hydrocarbon substances lying below a depth of 500 feet but without the right of surface entry; and

SUBJECT TO:

1. General and special real property taxes for the current fiscal year and assessments and supplemental assessments, if any;

2. All applicable easements, dedications and/or offers of dedication in favor of third parties more particularly described and depicted on said Map of said <u>Tract 31726-1</u>;

3. The covenants, conditions, restrictions and easements set forth in the following instruments (collectively, the "<u>Declaration</u>"):

    (a) That certain Declaration of Conditions, Covenants and Restrictions and Reservations of Easements For Carrington & Crestfield At Eastvale Downs (Tract No. 31726) recorded on September 26, 2006 as Instrument No. 2006-709896, in the Official Records of said County;

    (b) That certain Notice of Annexation to Carrington & Crestfield at Eastvale Downs (Tract No. 31726-1) recorded on September 26, 2006 as Instrument No. 2006-709897, in the Official Records of said County; and

    (c) Such other and further amendments, supplements, annexations, de-annexations, re-recordings and/or restatements thereof that may now or hereafter be made and recorded.

4. That certain Declaration and Disclosure Regarding Methane, Soil Geology and Other Conditions (Tract 31726-1) dated as of September 18, 2006, and recorded on September 26, 2006, as Instrument No. 2006-709901 in the Official Records of said County, together with all other recorded supplements and amendments thereto, if any (collectively, the "**Disclosure**");

5. That certain Notice of Non-Adversarial Procedure dated as of September 18, 2006 (the "**Notice**"), and recorded on September 26, 2006, as Instrument No. 2006-709899 in the Official Records of said County.

6. All other covenants, conditions, restrictions, reservations, rights, rights of way and easements of record.

## CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of _____RIVERSIDE_____

On ___November 15, 2012___ before me, ___LETICIA MARTINEZ, NOTARY PUBLIC___,
    Date                                           Here Insert Name and Title of the Officer

personally appeared ___WEI TENG and HANPEI YU___
                                Name(s) of Signer(s)

**LETICIA MARTINEZ**
Commission # 1879451
Notary Public - California
Riverside County
My Comm. Expires Feb 6, 2014

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
                Signature of Notary Public

Place Notary Seal Above

--- **OPTIONAL** ---

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**

Title or Type of Document: ___SHORT FORM DEED OF TRUST___

Document Date: ___NOVEMBER 15, 2012___    Number of Pages: ___Three___

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: ___WEI TENG___
☒ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer Is Representing: _____

Signer's Name: ___HANPEI YU___
☒ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer Is Representing: _____

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5907   Reorder: Call Toll-Free 1-800-876-6827

This must be in red to be a
"CERTIFIED COPY"

I hereby certify the foregoing instrument to which this stamp has been affixed consisting of __4__ pages to be a full, true and correct copy of the original on file and of record in my office.

*Larry W Ward*

Assessor - County Clerk - Recorder
County of Riverside, State of California

NOV 1 5 2012

Dated: _____

Certification must be in red to be a
"CERTIFIED COPY"